**Motion Denied and Order filed July 6, 2021.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-21-00366-CV

## IN RE AQUILLA BURKS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No 3**
**Harris County, Texas**
**Trial Court Cause No. 485,072**

## ORDER

On July 5, 2021, relator Aquilla Burks filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jason Cox, presiding judge of the Probate Court No 3 of Harris County, to vacate its June 23, 2021 "Order Granting Movants' [sic] [real party in interest] Motion to Set Aside Order

dated February 9, 2021, Granting Applicant's [relator] Application for Set Aside of Exempt Property, Allowance in Lieu of Exempt Property, and Order of No Administration" and to prohibit the probate court from proceeding with a hearing on the merits of relator's no administration application or real party in interest's probate application.

Relator's petition fails to include the required Rule 52(j) certification. *See* Tex. R. App. P. 52.3(j).

Additionally, relator's petition, appendix to the petition, and record to the petition contain unredacted sensitive information of relator, relator's minor child, and appellate counsel, including home address of relator, name and birthdate of the minor child, and the birth date of appellate counsel. *See* Tex. R. App. P. 9.9(a)(1), (3). Parties are required to redact all sensitive information in documents filed in this court unless the inclusion of the sensitive data is specifically required by a statute, court rule, or administrative regulation. *Id.* 9.9(b). There is no statute, court rule, or administrative regulation requiring the inclusion of sensitive data.

Accordingly, we **ORDER** relators to redact all sensitive information from their petition and the record to the petition and refile them, along with the required certification, in this court **on or before July 13, 2021**. Failure to comply with this order will result in the denial of relators' petition.

If a new petition is filed, the court requests a response from the real party in interest, Adolphus Byers, III, to relator's petition for writ of mandamus. The response is due on or before **July 27, 2021**.

Relator's emergency motion for stay during pendency of mandamus (seeking stay of July 8, 2021 hearing) is **DENIED.**

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot, and Zimmerer.